UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ELIZABETH CARPENTER,

        Plaintiff in Pro Per,        Case No. 1:14-cv-00522

V

                                            Hon. Gordon J. Quist

MULLALLY, et al.,

        Defendants.

---

## **INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit 1: | Ralph B. Rogers, Jr. and Gladys Rogers' Petition for Appointment of Guardian (Individual with Developmental Disability) |
| Exhibit 2: | Stipulation and Uncontested Order Appointing Guardian |
| Exhibit 3: | Motion to Place Barbara J. Rogers in Covenant Village and for Medical Evaluation |
| Exhibit 4: | Order Denying Motion to Place Barbara J. Rogers in Covenant Village and Report of Margaret O'Toole |
| Exhibit 5: | Motion for Relief from Order |
| Exhibit 6: | Order Denying Motion for Relief from Order |
| Exhibit 7: | Petition to Modify Guardianship |
| Exhibit 8: | Order Denying Petition to Modify Guardianship |
| Exhibit 9: | Order Requiring Ms. Carpenter to Petition Court |