**EXHIBIT 4**

# PROBATE COURT



## Muskegon County Michigan

**JUDGES**
Honorable Neil G. Mullally, Chief Judge
Honorable Gregory C. Pittman, Chief Judge Pro Tem

**PROBATE COURT ADMINISTRATION**
Kathy Hoogstra, Administrator/Probate Register
Heather Starr, Chief Deputy Register

**STAFF**
Kathy Larkin
Janice Townsend
Linda Schlichting

July 13, 2012

David L. Skidmore
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

David C. Williams
1725 Peck St.
Muskegon, MI 49441

W. Brad Groom
281 Seminole Rd., 2nd Fl.
Muskegon, MI 49444

Wendy Hotvluwer
250 Monroe Ave., NW, Suite 800
Grand Rapids, MI 49503

RE: Barbara J. Rogers
Case No. 09-85971-DD

Dear Counsel:

Enclosed please find the report filed by the Court-appointed visitor in this matter, Margaret O'Toole, the Executive Director of the ARC agency of Muskegon County.

Based upon this report and the previous history of this case, I have also issued the enclosed order.

It should be obvious to all concerned with Barbara Rogers' welfare that she, like many developmentally disabled persons, is very vulnerable to suggestion and manipulation, often making statements based upon the most recent person with whom she has had contact. The history of this case, once again confirmed by Margaret O'Toole's report, establishes that the guardian's continuation of Barbara Rogers' life-long living arrangements and established medical care remain in the best interest for her welfare.

Very truly yours,

Hon. Neil G. Mullally
Chief Probate Judge

Enclosure

**STATE OF MICHIGAN**

**IN THE PROBATE COURT, COUNTY OF MUSKEGON**

IN THE MATTER OF:

                                File No. 09-85971-DD
                                Hon. Neil G. Mullally

BARBARA ROGERS

_____/

### ORDER

The Court having received and reviewed the attached visitor's report from Margaret O'Toole, and the Court taking judicial notice of the previous litigation and orders in this case, the Court hereby denies the "Motion to Place Barbara J. Rogers in Covenant Village and for Medical Evaluation." No further pleadings or discovery shall occur related to said motion.

The guardian, Lynn E. Worfel, shall remain fully empowered to make decisions for Barbara J. Rogers' care, comfort, and maintenance, including living arrangements, access to Barbara J. Rogers by relatives and non-relatives, and medical care.

IT IS SO ORDERED.

Dated: July 13, 2012

                                                _____
                                                Neil G. Mullally  P22857
                                                Probate Court Judge



**The Arc.**
Muskegon

Achieve with us.

June 27, 2012

The Honorable Neil G. Mullally
Michael E. Kobza Hall of Justice
990 Terrace St.
Muskegon, MI 49442

Re: Barbara Rogers
Case No. 09-85971-DD

Dear Judge Mullally,

Enclosed you will find the results of my investigation and independent living assessment regarding Barbara Rogers. I believe that per your letter dated May 2, I have evaluated and responded to all four areas and beyond.

It is been my pleasure to assist the Court and thank you for trusting our ability to provide an impartial opinion. If you have any questions, please feel free to contact me. Thank you again.

Sincerely,

Margaret O'Toole
Executive Director

MO/mlr



1145 E. Wesley Ave., Muskegon, MI 49442
T (231) 777-2006   F (231) 777-3507
www.arcmuskegon.org



For people with intellectual and developmental disabilities

The Arc Muskegon
Community Living General Assessment
June 27, 2012

Name:                    Barbara Rogers, Age 75
Date of visit:           May 30, 2012 & calls on 6/19/ and 6/25/12
Completed by:            Margaret O'Toole
Length of visit:         2:00-3:15pm
Disability/Diagnosis:    Mild intellectual disability
People present:          Margaret O'Toole, Barbara Rogers & Lynne Worfel

After introductions Barb gave a tour of her home, (excluding the basement). Everyone settled at the kitchen table. The information below are answers to questions and from visual observation. (The questions followed a tool used at The Arc Muskegon to assess a person's independent living skills and ability).

### Services & Supports
Community Mental Health-No
Department of Human Services-No
Lawn service-Yes
Cleaning lady-Yes, every other week
Nurse-twice per year (in home visit)

### Income
Social Security- Assume so
Currently employed at Rogers Printing-part time (Tues. & Thurs.)

### Medical
**Physician**-very happy with her current primary care doctor-David Deitrick. Barb did mention him retiring and she met another physician in the office and wants to make that transition when the time comes. Barb showed me her heart monitoring device and spoke at length about how it works and what her responsibilities are. I also saw her monitor on the kitchen counter which she had to explain what it was and its function.
**Dentist**-very satisfied
Do you drive? No     Bus system? No
Who takes you to appointments? Gladys Rogers
Who makes the appointments? Ralph Rogers
(I also noticed Barbara keeps a calendar with all appointments/events)

### Medication & General Health Questions
Who helps you set up your meds? Ralph sets them up.
Physical limitations? None noted besides stairs aren't her favorite-some other minor aches and pains.
A medication box is set up each week & Barbara explained & showed me the process.

### Other Independent Living Skills
**Budgeting**-with help from Gladys. Barb showed me her monthly ledger and how she keeps track of her expenses. Very impressive.
**Banking**- with help from Gladys
Do you receive mail? My mail goes to Rogers Printing
**Cooking**-Mainly the microwave. Barb bakes sometimes.
**Cleaning**-Daily housework-but has a cleaning lady ☺ Her home was very clean and comfortable.
**Shopping**-Yes, but with assistance from Gladys
**Reader**- Yes

JUN 27 2012

### Safety issues
Smoke alarm-yes (talked about when to change it)
What is an emergency? Barb could not provide an example. What would you do?
   1) Call 911   2) Call Ralph (and then told me the number)
Lock doors at night? yes
Outside light? No
Do you want to continue living here? Yes, absolutely
Cell phone? Yes

### Family/Friendships
Who is your family? Ralph, Gladys, Boo (sister Liz), nieces & nephews (I know there is another sister Patricia)
Visitors? It appears not many besides family, and my impression was she sees her friends at work.
Neighbors? Did not know their names
Co-workers? "Amy" was the only one she could name but spoke highly of everyone, considered them friends and very good to her.

### Activities
| | |
|---|---|
| Senior Center (Reformed Church) | Likes to do scrapbooking |
| Ravenna American Legion | Sporting events with family |
| Cabin up north (with family) | Dinner at Ralph & Gladys'-once per week |
| Ravenna Methodist Church | |

Out of town visits? She goes to Chicago, but does not want to anymore. Barbara was sensitive to this issue, and I think considered it a private issue; which it is. As we talked further she expressed to me her sister, Boo wanted her to move to Grand Rapids. By no means does Barb want to do that and noted that the situation has gotten "nasty".

### Recommendation & Comments
I met with Barbara Rogers on May 30, 2012. She welcomed me into her home and I spent a few minutes talking about my purpose and noted too that at any time if I was getting too personal to please let me know. I was very conscious of the fact that I was a complete stranger. The visit told me a great deal about Barb, both from her verbal responses and in the manner and willingness to provide information. My impression was that we eased into an appropriate comfort level with respect toward each other.

Before and after the visit I received numerous documents pertaining to this issue-much of it I found very personal and irrelevant. I focused on <u>4</u> documents besides my assessment tool, notes and some follow up conversations with Barb and Lynne Worfel.
The documents were as follows:
1) Probate Court letter dated May 2, 2012
2) Dr. Joseph Auffrey's 2009 evaluation
3) David H. Deitrick, MD evaluation of 2008 and update from 4/17/12
4) Guidelines For The Care Of Barbara Rogers 5/2012

It is my professional recommendation that Barb continues to enjoy and live in her home at 12160 Stafford St., Ravenna MI. My decision is based on Barb's physical health, <u>excellent</u> medical care, her wishes, and her right and ability to live independently as long as she is safe, which I believe she currently is.

**Further Comments & Concerns**

- **Mail**-I found this restrictive
- **Activities**-possibly introduce Barb to some new people through the senior center, local classes of interest to her, physical therapy or volunteer work. This could be through a senior companion, a hired staff person or church member. This would expand her friendship base. (The Arc can help with this if needed).
- **Alternatives to Guardianship**-I would be remiss in promoting The Arc's mission of limited guardianship if I did not mention alternatives such as POA (for legal and healthcare, representative payee and other options everyone is aware of). I realize the extenuating circumstances, but thought it important to note.

It is my personal and professional hope that Barb's wishes are respected even if it includes some life risks, which we all may endure. Her (collective) support system, financial security and home are to be envied. Barb deserves to enjoy her senior years free of conflict.

Margaret O'Toole June 27, 2012