**EXHIBIT 9**

## STATE OF MICHIGAN

## IN THE PROBATE COURT, COUNTY OF MUSKEGON

IN THE MATTER OF:

BARBARA ROGERS

File No. 09-85971-DD
Hon. Neil G. Mullally

_____/

David Skidmore P58794
900 Fifth Third Center
111 Lyon St., NW
Grand Rapids, MI 49503

David C. Williams P49086
Guardian Ad Litem
1725 Peck Street
Muskegon, MI 49441

Constance L. Brigman P60070
2828 Kraft Ave., SE, Ste. 171
Grand Rapids, MI 49512

Wendy P. Holtvluwer P62079
250 Monroe Ave., NW, Ste. 800
Grand Rapids, MI 49503

### ORDER

The Court having previously taken under advisement the request of Ralph B. Rogers' counsel for a bill of peace or other relief to discourage vexatious future pleadings and litigation being initiated by Elizabeth Carpenter, the Court hereby orders that Elizabeth Carpenter shall be required to petition the Court for leave to file future pleadings in this case because she has attempted to re-litigate the same issues in this case on two separate occasions, and the doctrine of res judicata has not been adequate to prevent her from doing so.

IT IS SO ORDERED.

Dated: June 26, 2013

Neil G. Mullally P22857
Probate Court Judge

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all counsel to the above cause herein at their respective addresses disclosed on the pleadings this June 26, 2013, by U.S. Mail.

Kathy Larkin

ROGERS-6-26-13